**F I L E D**
CLERK, U.S. DISTRICT COURT

5/27/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | *8:22-mj-00394-DUTY* ~~1:22-CR-45TBM-RPM~~ |
| v. | |
| Brent Alan Wright<br>FID: 11419532 | **DECLARATION RE<br>OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: ARREST WARRANT: SUPERSEDING INDICTMENT
in the SOUTHERN District of MISSISSIPPI on MAY 25, 2022
at 1221 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about MAY 03, 2022
in violation of Title 21 U.S.C., Section(s) 841
to wit: Attempt to Possess with Intent to Distribute a Controlled Substance

A warrant for defendant's arrest was issued by: P. STOKES, DEPUTY CLERK

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/25/22
Date

**JOHN OSBORN**
Digitally signed by JOHN OSBORN
Date: 2022.05.25 14:41:11 -07'00'

Signature of Agent

J.D. OSBORN
Print Name of Agent

UNITED STATES MARSHALS SERVICE
Agency

DEPUTY US MARSHAL
Title